UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 18-11430-NMG

HENRY J. DULAURENCE, III

v.

JUDGE DOUGLAS P. WOODLOCK, ET AL

## ORDER OF RECUSAL

GORTON, U.S.D.J.

    Pursuant to 28, U.S.C., Section 455 , I hereby recuse myself from any further proceedings in the above-entitled case.

    /s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

March 8, 2019

To: All Counsel